Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE<br><br>Defendants. | Case No. '07 CV 2378 IEG JMA<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>BY FAX |

FILED
07 DEC 19 AM 11: 54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Notice Of Party With Financial Interest

## NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Local Rule 40.2, I, the undersigned counsel of record for Plaintiff, the Center for Biological Diversity, state that to the best of my knowledge and belief, the Center for Biological Diversity is a non-profit corporation that has no parent companies, subsidiaries, or affiliates which have outstanding securities in the hands of the public.

DATED: December 18, 2007

Respectfully submitted,

Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
lbelenky@biologicaldiversity.org

Attorney for Plaintiff