1   RONALD J. TENPAS, Assistant Attorney General
    JEAN E. WILLIAMS, Chief
2   LISA L. RUSSELL, Assistant Chief
    RICKEY D. TURNER, JR., Trial Attorney
3   CO Bar No. 38353
    U.S. Department of Justice
4   Environment and Natural Resources Division
    Wildlife and Marine Resources Section
5   Ben Franklin Station, P.O. Box 7369
    Washington, D.C. 20044-7369
6   (202) 305-0229 (tel)
    (202) 305-0275 (fax)
7
    Attorneys for Federal Defendants
8
                  UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10
    CENTER FOR BIOLOGICAL DIVERSITY, et al. )    Case No. 3:07cv-2738-IEG-JMS
11                                           )
            Plaintiffs,                      )
12                                           )    FEDERAL DEFENDANTS' NOTICE
                                             )    OF APPEARANCE
13                                           )
    v.                                       )
14                                           )
    DIRK KEMPTHORNE, Secreatry of the Interior, )
15  and UNITED STATES FISH AND WILDLIFE      )
    SERVICE                                  )
16                                           )
            Defendants.                      )
17  _____)

18
    The Court and counsel will please take notice that RICKEY DOYLE TURNER JR. of the United
19
    States Department of Justice, hereby enters his appearance as counsel for the Defendants in the
20
    above-captioned action.
21
            Relevant address, telephone numbers, and contact information for Mr. Turner are as follows:
22
    MAILING ADDRESS
23
    Rickey Doyle Turner Jr.
24  Environment and Natural Resources Division
    Wildlife & Marine Resources Section
25  U.S. Department of Justice
    Ben Franklin Station
26  P.O. Box 7369
    Washington, D.C.  20044-7369
27
    OVERNIGHT DELIVERY/STREET ADDRESS
28  Rickey Doyle Turner Jr.

1  Environment and Natural Resources Division
   Wildlife & Marine Resources Section
2  U.S. Department of Justice
   601 D Street, NW, Room 3033
3  Washington, D.C.  20004

4  <u>TELEPHONE AND FAX NUMBERS</u>
   Telephone: (202) 305-0229
5  Facsimile:  (202) 305-0275

6  <u>ELECTRONIC CORRESPONDENCE</u>:
   rickey.turner@usdoj.gov
7
   Respectfully submitted this 23rd day of January, 2008.
8
                                    RONALD J. TENPAS, Assistant Attorney General
9                                   JEAN E. WILLIAMS, Chief
                                    LISA L. RUSSELL, Assistant Chief
10

11                                   /s/ Rickey Doyle Turner, Jr.
                                    _____
12                                   RICKEY DOYLE TURNER, JR.
                                    Trial Attorney
13                                   CO Bar No. 38353
                                    U.S. Department of Justice
14                                   Environment & Natural Resources Division
                                    Wildlife & Marine Resources Section
15                                   Ben Franklin Station
                                    P.O. Box 7369
16                                   Washington, DC 20044-7369
                                    Phone: (202) 305-0229
17                                   Fax: (202) 305-0275
                                    Email: rickey.turner @usdoj.gov
18
                                    Attorneys for Federal Defendants
19
   OF COUNSEL
20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing will be e-filed this January 23, 2008, will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

                                       *s/ Rickey Turner*