1  RONALD J. TENPAS, Assistant Attorney General
   JEAN E. WILLIAMS, Chief
2  LISA L. RUSSELL, Assistant Chief
   RICKEY D. TURNER, JR., Trial Attorney
3  CO Bar No. 38353
   U.S. Department of Justice
4  Environment and Natural Resources Division
   Wildlife and Marine Resources Section
5  Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
6  (202) 305-0229 (tel)
   (202) 305-0275 (fax)
7
   Attorneys for Federal Defendants
8
                    **UNITED STATES DISTRICT COURT**
9
                   **SOUTHERN DISTRICT OF CALIFORNIA**
10
   CENTER FOR BIOLOGICAL DIVERSITY, et al. )    Case No. 3:07cv-2738-IEG-JMS
11                                          )
          Plaintiffs,                       )
12                                          )
                                            )    JOINT STIPULATION OF
13                                          )    EXTENSION OF TIME TO
                                            )    ANSWER COMPLAINT
14 v.                                       )
                                            )
15 DIRK KEMPTHORNE, Secreatry of the Interior, )
   and UNITED STATES FISH AND WILDLIFE     )
16 SERVICE                                  )
                                            )
17        Defendants.                       )
                                            )
18 _____ )

19
          Plaintiffs Center for Biological Diversity, et al. ("Plaintiffs") and Defendants United States
20
   Fish and Wildlife Service, et al. ("Federal Defendants"), by and through their undersigned counsel,
21
   say as follows:
22
          WHEREAS, Federal Defendants are allocated 60 days from service of Plaintiffs' Complaint
23
   in which to file and serve their answer;
24
          WHEREAS, the Complaint was served on the United States Attorney on December 26, 2007,
25
   and therefore Federal Defendants' answer is currently due on February 25, 2008;
26
          WHEREAS, there have been no previous extensions of time for Federal Defendants to file
27

28 JOINT STIPULATION
   OF EXTENSION TO
   ANSWER COMPLAINT                                      3:07-cv-02378-IEP-JMS

1  and serve their answer;

2      WHEREAS, the parties are currently engaged in settlement discussions to determine dates

3  where upon to designate critical habitat for the four plant species at issue in this case;

4      WHEREAS, Plaintiffs' counsel have consented to an extension of time of thirty (30) days,

5  until Wednesday March 26, 2008; and,

6      THE PARTIES THEREFORE hereby notify the Court that the parties have stipulated to a

7  thirty (30) calendar day extension of time, running from February 25, 2008, for the Federal

8  Defendants' response is now due on March 26, 2008.

9  Dated:  February 20, 2008

10                          Respectfully submitted,

11                          RONALD J. TENPAS, Assistant Attorney General
                            JEAN E. WILLIAMS, Chief
12                          LISA L. RUSSELL, Assistant Chief

13                           /s/ Rickey Doyle Turner, Jr.
                            _____
14                          RICKEY DOYLE TURNER, JR.
                            Trial Attorney
15                          CO Bar No. 38353
                            U.S. Department of Justice
16                          Environment & Natural Resources Division
                            Wildlife & Marine Resources Section
17                          Ben Franklin Station
                            P.O. Box 7369
18                          Washington, DC 20044-7369
                            Phone: (202) 305-0229
19                          Fax: (202) 305-0275
                            Email: rickey.turner @usdoj.gov
20
                            /s/ Lisa T. Belenky
21                          _____
                            Lisa T. Belenky (CA Bar No. 203225)
22                          Justin Augustine (CA Bar No. 235561)
                            CENTER FOR BIOLOGICAL DIVERSITY
23                          1095 Market St., Suite 511
                            San Francisco, CA 94103
24                          Telephone: (415) 436-9682 x 307
                            Facsimile: (415) 436-9683
25                          lbelenky@biologicaldiversity.org
                            jaugustine@biologicaldiversity.org
26
                            Attorneys for Plaintiff
27

28  JOINT STIPULATION
    OF EXTENSION TO
    ANSWER COMPLAINT              - 2 -              3:07-cv-02378-IEP-JMS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2008, I caused a copy of the foregoing

to be served on the following counsel by means of the Court's electronic filing system:

Lisa T. Belenky
Justin Augustine
lbelenky@biologicaldivesity.org
jaugustine@biologicaldiversity.org

                                s/ Rickey Doyle Turner Jr.

                                Rickey Doyle Turner Jr.
                                rickey.turner@usdoj.gov

JOINT STIPULATION
OF EXTENSION TO
ANSWER COMPLAINT                               - 3 -                        3:07-cv-02378-IEP-JMS