**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, Secretary of the Interior, ) <br> and UNITED STATES FISH AND WILDLIFE ) <br> SERVICE ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:07cv-2378-IEG-JMA <br><br> ORDER GRANTING JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT |

For the reasons set forth in Federal Defendants' Joint Stipulation to Extend Time to Answer Complaint, it is hereby ORDERED that Federal Defendants are granted a thirty (30) day extension and shall file their Answer to Plaintiffs' Complaint on March 26, 2008.

**DATED: February 20, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**