1  RONALD J. TENPAS, Assistant Attorney General
   JEAN E. WILLIAMS, Chief
2  LISA L. RUSSELL, Assistant Chief
   RICKEY D. TURNER, JR., Trial Attorney
3  CO Bar No. 38353
   U.S. Department of Justice
4  Environment and Natural Resources Division
   Wildlife and Marine Resources Section
5  Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
6  (202) 305-0229 (tel)
   (202) 305-0275 (fax)
7
   Attorneys for Federal Defendants
8
                    **UNITED STATES DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10
   CENTER FOR BIOLOGICAL DIVERSITY, et al. )   Case No. 3:07cv-2738-IEG-JMS
11                                          )
            Plaintiffs,                     )
12                                          )
                                            )   SECOND JOINT STIPULATION OF
13                                          )   EXTENSION OF TIME TO
                                            )   ANSWER COMPLAINT
14 v.                                       )
                                            )
15 DIRK KEMPTHORNE, Secreatry of the Interior, )
   and UNITED STATES FISH AND WILDLIFE     )
16 SERVICE                                  )
                                            )
17          Defendants.                     )
                                            )
18 ─────────────────────────────────────────
19
20        Plaintiffs Center for Biological Diversity, et al. ("Plaintiffs") and Defendants United States

   Fish and Wildlife Service, et al. ("Federal Defendants"), by and through their undersigned counsel,
21
   say as follows:
22
          WHEREAS, Federal Defendants are allocated 60 days from service of Plaintiffs' Complaint
23
   in which to file and serve their answer;
24
          WHEREAS, the Complaint was served on the United States Attorney on December 26, 2007,
25
   and therefore Federal Defendants' answer was originally due on February 25, 2008;
26
          WHEREAS, there has been one previous extension of time for Federal Defendants to file and
27

28 SECOND JOINT STIPULATION
   OF EXTENSION TO
   ANSWER COMPLAINT                                        3:07-cv-02378-IEP-JMS

1  serve their answer on March 26, 2008   because the parties were in engaged in settlement

2  discussions;

3        WHEREAS, the parties have tentatively agreed on dates where upon to designate critical

4  habitat for the four plant species at issue in this case yet must receive final authority before

5  settlement talks may conclude;

6        WHEREAS, the parties are also waiting for approval of attorneys fees;

7        WHEREAS, Plaintiffs' counsel have consented to an extension of time of forty-five (45)

8  days, until Friday, May 9, 2008; and,

9        THE PARTIES THEREFORE hereby notify the Court that the parties have stipulated to a

10  forty-five (45) calendar day extension of time, running from March 26, 2008, for the Federal

11  Defendants' response is now due on May 9, 2008.

12  Dated: March 25, 2008

13                                     Respectfully submitted,

14                                     RONALD J. TENPAS, Assistant Attorney General
                                       JEAN E. WILLIAMS, Chief
15                                     LISA L. RUSSELL, Assistant Chief

16                                      /s/ Rickey Doyle Turner, Jr.

17                                     _____
                                       RICKEY DOYLE TURNER, JR.
                                       Trial Attorney
18                                     CO Bar No. 38353
                                       U.S. Department of Justice
19                                     Environment & Natural Resources Division
                                       Wildlife & Marine Resources Section
20                                     Ben Franklin Station
                                       P.O. Box 7369
21                                     Washington, DC 20044-7369
                                       Phone: (202) 305-0229
22                                     Fax: (202) 305-0275
                                       Email: rickey.turner @usdoj.gov
23
                                       /s/ Lisa T. Belenky (w/ permission by RDT)
24
                                       _____
                                       Lisa T. Belenky (CA Bar No. 203225)
25                                     Justin Augustine (CA Bar No. 235561)
                                       CENTER FOR BIOLOGICAL DIVERSITY
26                                     1095 Market St., Suite 511
                                       San Francisco, CA 94103
27                                     Telephone: (415) 436-9682 x 307

28  SECOND JOINT STIPULATION
    OF EXTENSION TO
    ANSWER COMPLAINT                   - 2 -                    3:07-cv-02378-IEP-JMS

1    Facsimile: (415) 436-9683
     lbelenky@biologicaldiversity.org
2    jaugustine@biologicaldiversity.org

3    Attorneys for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND JOINT STIPULATION
OF EXTENSION TO
ANSWER COMPLAINT                    - 3 -                    3:07-cv-02378-IEP-JMS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2008, I caused a copy of the foregoing

to be served on the following counsel by means of the Court's electronic filing system:

Lisa T. Belenky
Justin Augustine
lbelenky@biologicaldivesity.org
jaugustine@biologicaldiversity.org

s/ Rickey Doyle Turner Jr.

Rickey Doyle Turner Jr.
rickey.turner@usdoj.gov

SECOND JOINT STIPULATION
OF EXTENSION TO
ANSWER COMPLAINT                    - 4 -                    3:07-cv-02378-IEP-JMS