# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the Interior, )<br>and UNITED STATES FISH AND WILDLIFE )<br>SERVICE, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:07cv-2378-IEG-JMA<br><br>ORDER GRANTING JOINT<br>MOTION TO EXTEND TIME<br>TO ANSWER COMPLAINT |

For the reasons set forth in the parties' Joint Stipulation to Extend Time to Answer Complaint, it is hereby ORDERED that the defendants are granted a forty-five (45) day extension and shall file their response to plaintiffs' complaint by May 9, 2008.

**DATED: March 27, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**